Overia Barringer, individually and as administratrix of the estate of Phillip Barringer, deceased, plaintiff in error, v. Patrick Collins et al., defendants in error.   Gen. No. 32,964.

Opinion filed March 11, 1929.

Morris, Cashin & Dickerson, for plaintiff in error. D. Ryan Twomey, for defendants in error.

Mr. Justice Matchett delivered the opinion of the court.